Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−33266−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Melissa Kirk−Singer                               Allan Singer
  1049 Cumbermeade Rd.                              1049 Cumbermeade Rd.
  Fort Lee, NJ 07024                                Fort Lee, NJ 07024

Social Security No.:
  xxx−xx−9413                                       xxx−xx−6576

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/5/18 at 02:00 PM

to consider and act upon the following:

*74* − Application for Compensation for Steven P. Kartzman, Trustee Chapter 7, period: 11/16/2017 to 5/25/2018, fee: $6,017.00, expenses: $. Filed by Steven P. Kartzman. Hearing scheduled for 6/27/2018 at 02:00 PM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) (Kartzman, Steven)

Dated: 5/29/18

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court