Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−33266−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Melissa Kirk−Singer
1049 Cumbermeade Rd.
Fort Lee, NJ 07024

Allan Singer
1049 Cumbermeade Rd.
Fort Lee, NJ 07024

Social Security No.:
  xxx−xx−9413                                    xxx−xx−6576

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/5/18 at 02:00 PM

to consider and act upon the following:

*74* − Application for Compensation for Steven P. Kartzman, Trustee Chapter 7, period: 11/16/2017 to 5/25/2018, fee: $6,017.00, expenses: $. Filed by Steven P. Kartzman. Hearing scheduled for 6/27/2018 at 02:00 PM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order) (Kartzman, Steven)

Dated: 5/29/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Melissa Kirk-Singer  
Allan Singer  
    Debtors

Case No. 17-33266-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 29, 2018  
                       Form ID: ntchrgbk     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2018.
```
db/jdb       +Melissa Kirk-Singer,    Allan Singer,    1049 Cumbermeade Rd.,    Fort Lee, NJ 07024-4237
aty          +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Suite 2F,
               Morris Plains, NJ 07950-1287
tr           +Steven P. Kartzman,    Mellinger, Sanders & Kartzman LLC,    101 Gibraltar Dr,    Suite 2F,
               Morris Plains, NJ 07950-1287
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph R Zapata, Jr.    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
               jzapata@msklaw.net
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Mark Ira Lefkowicz    on behalf of Joint Debtor Allan  Singer mil@mlefkolaw.com
              Mark Ira Lefkowicz    on behalf of Debtor Melissa  Kirk-Singer mil@mlefkolaw.com
              Steven P. Kartzman    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
               kartztee@optonline.net,    jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Investors Bank ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Investors Bank ecf@powerskirn.com
                                                                                             TOTAL: 10
```