UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MELLINGER, SANDERS & KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
Attorneys for Trustee, Steven P. Kartzman

Order Filed on July 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**MELISSA KIRK-SINGER,**

      **Debtor.**

Case No. 17-33266-VFP

Chapter 7

Hearing Date: 7/5/2018

Judge: Honorable Vincent F. Papalia

### ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: July 10, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

Debtor: Joseph Ambrosio

Case No.: 17-27133-VFP

Caption of Order: Order Granting Allowances

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger, Sanders & Kartzman LLC | ~~$6,0171.00~~ $6,017.00 | $0.00 |