UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MELLINGER, SANDERS & KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
Attorneys for Trustee, Steven P. Kartzman

Order Filed on July 10, 2018
by Clerk
**U.S. Bankruptcy Court
District of New Jersey**

In Re:

**MELISSA KIRK-SINGER,**

                **Debtor.**

Case No. 17-33266-VFP

Chapter 7

Hearing Date: 7/5/2018

Judge: Honorable Vincent F. Papalia

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: July 10, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

Debtor: Joseph Ambrosio

Case No.: 17-27133-VFP

Caption of Order: Order Granting Allowances

---

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger, Sanders & Kartzman LLC | ~~$6,0171.00~~ $6,017.00 | $0.00 |

United States Bankruptcy Court
District of New Jersey

In re:  
Melissa Kirk-Singer  
Allan Singer  
    Debtors

Case No. 17-33266-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 10, 2018  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2018.  
db/jdb       +Melissa Kirk-Singer,    Allan Singer,    1049 Cumbermeade Rd.,    Fort Lee, NJ 07024-4237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2018 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joseph R Zapata, Jr.    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC jzapata@msklaw.net  
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Mark Ira Lefkowicz    on behalf of Joint Debtor Allan Singer mil@mlefkolaw.com  
         Mark Ira Lefkowicz    on behalf of Debtor Melissa Kirk-Singer mil@mlefkolaw.com  
         Steven P. Kartzman    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
         Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers    on behalf of Creditor    Investors Bank ecf@powerskirn.com  
         William M.E. Powers, III    on behalf of Creditor    Investors Bank ecf@powerskirn.com  
                                                                                                               TOTAL: 11