UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
    MELISSA KIRK-SINGER

Case No.: 17-33266-VFP  
Chapter: 7  
Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court |
| --- | --- |
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on August 28, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| |
| --- |
| Description and value of property: 1049 Cumbermeade Road, Fort Lee, NJ |
| (Debtor holds 50% interest) |
| Valued at about: $900,000 |
| Less about 10% costs of sale $90,000 |
| Liens on property: 1)    $915,000 |
| Amount of equity claimed as exempt: 0 |

Objections must be served on, and requests for additional information directed to:

Name:     */s/ Steven P. Kartzman*

Address:     101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone No.: (973) 267-0220

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-33266-VFP
Melissa Kirk-Singer                                             Chapter 13
Allan Singer
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1            Date Rcvd: Jul 30, 2018
                              Form ID: pdf905       Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2018.
```
db/jdb         +Melissa Kirk-Singer,    Allan Singer,    1049 Cumbermeade Rd.,    Fort Lee, NJ 07024-4237
aty            +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Suite 2F,
                 Morris Plains, NJ 07950-1287
tr             +Steven P. Kartzman,    Mellinger, Sanders & Kartzman LLC,    101 Gibraltar Dr,    Suite 2F,
                 Morris Plains, NJ 07950-1287
517184531      +CitiMortgage, Inc.,    1000 Technology Dr.,    Mail Station 420,    O'Fallan, MO 63368-2239
517540503       JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI  48308-0730
517184532      +Toyota Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
517532857      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517543867       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2018 00:09:30      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2018 00:09:25      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph R Zapata, Jr.    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
           jzapata@msklaw.net
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Mark Ira Lefkowicz    on behalf of Joint Debtor Allan  Singer mil@mlefkolaw.com
          Mark Ira Lefkowicz    on behalf of Debtor Melissa  Kirk-Singer mil@mlefkolaw.com
          Steven P. Kartzman    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
           kartztee@optonline.net,    jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Investors Bank ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Investors Bank ecf@powerskirn.com
                                                                                              TOTAL: 11
```